UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                            Crim. File No. 98-81 (PAM/JGL)

             Plaintiff,

v.                                                                  **ORDER**

Charles Michael Coles,

             Defendant.

---

This matter is before the Court on Defendant's Petition for Relief from a sentencing order imposing restitution. On June 3, 1998, Defendant pled guilty to conspiracy to commit armed bank robbery, aiding and abetting armed bank robbery, and aiding and abetting the use of a firearm in a crime of violence, in violation of 18 U.S.C. §§ 371, 2113(a), (d), and (e), and 924(c)(1) and (2). On September 23, 1998, the Court sentenced Defendant. As part of that sentence, the Court required Defendant to pay $28,923.74 in restitution.[1]

Defendant now asks the Court to retract the previously imposed restitution. Defendant notes that he fully served his imprisonment term, participated in all available programs, and has successfully transitioned back into society. Although the Court commends Defendant for his rehabilitative efforts, the Court will not eliminate Defendant's restitution obligation.

---

[1] In November 2000, the Court granted a Motion to Reduce Defendant's Sentence under Federal Rule of Criminal Procedure 35(b). However, the Court reduced only Defendant's imprisonment term and did not modify the restitution.

Accordingly, Defendant's Petition for Relief (Docket No. 60) is **DENIED**.

Dated: May 11, 2006

                                                    s/ Paul A. Magnuson
                                                   Paul A. Magnuson
                                                   United States District Court Judge