# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

               Plaintiff,                        Criminal 98-81 (PAM)

v.                                             **ORDER**

Charles M. Coles,

               Defendant.

_____

     The Defendant Charles M. Coles has moved this Court to waive the interest on restitution that was ordered as part of his sentence imposed on September 22, 1998. The Court has determined that the Defendant does not have the ability to pay interest.

     **IT IS ORDERED** that the interest requirement for the restitution is waived *nunc pro tunc* based on financial hardship.  It is further ordered the monies that have been paid in interest shall be applied to the principal restitution owed.

Dated: June   _14__, 2006

                                s/Paul A. Magnuson_____
                                Paul A. Magnuson**,** Judge
                                United States District Court